**Thomas P. GATES, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

No. 05–3313.

United States Court of Appeals,
Federal Circuit.

Aug. 19, 2005.

Thomas P. Gates, pro se.

*Official Caption*[1]

**ORDER**

The appeal having been docketed in error,

IT IS ORDERED:

That the appeal is DISMISSED.

**Jake J. DUHART, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5037.

United States Court of Appeals,
Federal Circuit.

Aug. 23, 2005.

Jake J. Duhart, pro se.

1.  Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

*ORDER*

Jake J. Duhart having failed to comply with this court's July 26, 2005 order,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) All pending motions are moot.*

v.

**UNITED STATES, Defendant–Appellee,**

and

**Flore Industries, Inc., Defendant.**

No. 05–5148.

United States Court of Appeals,
Federal Circuit.

Aug. 23, 2005.

ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit

* Fed. Cir. R. 31(c) does not excuse the failure to comply with a court order.